**SAUL EWING LLP**
Clarence Y. Lee (SBN: 247225)
Tricia M. Duffy (admitted *pro hac vice*)
Emily A. Bernhard (admitted *pro hac vice*)
clarence.lee@saul.com//tricia.duffy@saul.com//emily.bernhard@saul.com
1800 M. Street NW, Suite 1000 North
Washington, D.C. 20036
Tel: (202) 295-6608
Fax: (202) 337-6065
*Attorneys for Zurich American Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL FOAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant.<br>______<br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>XL INSURANCE AMERICA INC.; COMMERCE AND INDUSTRY INSURANCE COMPANY; and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>Third-Party Defendants. | Case No.: 3:23-cv-03873-LB<br><br>Magistrate Judge:<br><br>Hon. Laurel Beeler<br><br>**STIPULATION AND VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

**STIPULATION AND VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT:

Following settlement, National Foam, Inc. (“National Foam”) and Zurich American Insurance Company (“ZAIC”), through their respective counsel, stipulate that all claims asserted by National Foam against ZAIC in this action are dismissed with prejudice. National Foam and ZAIC further stipulate that each shall bear its own attorneys’ fees and costs as to those claims.

ZAIC separately requests voluntary dismissal with prejudice of all its third-party claims against XL Insurance America Inc. (“XLIA”) and Commerce and Industry Insurance Company (“C&I”), with each party to bear its own attorneys’ fees and costs as to those claims.

ZAIC requests that the Court enter the proposed order.

Dated: October 15, 2026 SAUL EWING LLP

By: *<u>/s/ Clarence Y. Lee</u>*
Clarence Y. Lee
Tricia M. Duffy
Emily A. Bernhard

*Attorneys for Zurich American Insurance Company*

Stipulated as to National Foam’s claims against ZAIC:

Dated: October 15, 2026 PILLSBURY & COLEMAN, LLP

By: *<u>/s/ Philip L. Pillsbury, Jr. – with permission</u>*
Philip L. Pillsbury, Jr.
Ryan H. Opgenorth

*Attorneys for National Foam, Inc.*

**FILER’S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filing attorney attests that the other signatory has concurred in filing this document.

By: *<u>/s/ Clarence Y. Lee</u>*
Clarence Y. Lee

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation and ZAIC's request for voluntary dismissal, the Court ORDERS as follows:

1. All claims asserted by National Foam against ZAIC in this action are dismissed with prejudice. National Foam and ZAIC shall each bear their own attorneys' fees and costs as to those claims.

2. All third-party claims asserted by ZAIC against XLIA and C&I in this action are dismissed with prejudice. Each party shall bear its own attorneys' fees and costs as to those claims.

IT IS SO ORDERED.

Dated: October 15, 2026

HON. LAUREL BEELER
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **STIPULATION AND VOLUNTARY DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** was filed electronically on October 15, 2026, through the Court's CM/ECF system, which will send notice of the filing to all counsel of record registered on that system.

*/s/ Clarence Y. Lee*
Clarence Y. Lee